UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE MICHAEL F. ST. PIERRE REVOCABLE
TRUST, ET AL.,

          Plaintiffs,

v.                                       Civil Action No. 3:10cv00824-HEH

MISSION TRUST SERVICES, LLC, ET AL.,

          Defendants.

## MISSION DEFENDANTS' FINANCIAL
## INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Mission Trust Services, LLC; Mission Residential, LLC; Mission Residential Holdings, LLC; Mission Barton Creek Leaseco, LLC; Mission Battleground Park Leaseco, LLC; Mission Brentwood Leaseco, LLC; Mission Briley Parkway Leaseco, LLC; Mission Capital Crossing Leaseco, LLC; Mission Mayfield Downs Leaseco, LLC; Mission Preston Wood Leaseco, LLC; Mission Tanglewood Leaseco, LLC; Mission Preston Wood, DST; Mission Battleground Park, DST; Mission Briley Parkway, DST; Mission Brentwood, DST; Mission Capital Crossing, DST; Mission Mayfield Downs, DST; Mission Barton Creek, DST; and Mission Tanglewood, DST, certify that no parents, trusts, subsidiaries and/or affiliates of any of the above said parties have issued shares or debt securities to the public and no entity that has issued shares or debt securities to the public owns more than ten percent of the stock of any of the above named entities.

For each of the above named LLCs, the owners or members are as follows:

1. The owners or members of Mission Trust Services, LLC are: Mission Residential, LLC
2. The owners or members of Mission Residential, LLC are: MR Holdings, LLC

3. The owners or members of Mission Residential Holdings, LLC are: MR Holdings, LLC

4. The owners or members of Mission Barton Creek Leaseco, LLC are: Mission Residential Holdings, LLC

5. The owners or members of Mission Battleground Park Leaseco, LLC are: Mission Residential Holdings, LLC;

6. The owners or members of Mission Brentwood Leaseco, LLC are: Mission Residential Holdings, LLC;

7. The owners or members of Mission Briley Parkway Leaseco, LLC are: Mission Residential Holdings, LLC;

8. The owners or members of Mission Capital Crossing Leaseco, LLC are: Mission Residential Holdings, LLC;

9. The owners or members of Mission Mayfield Downs Leaseco, LLC are: Mission Residential Holdings, LLC;

10. The owners or members of Mission Preston Wood Leaseco, LLC are: Mission Residential Holdings, LLC; and

11. The owners or members of Mission Tanglewood Leaseco, LLC are: Mission Residential Holdings, LLC.

          MISSION TRUST SERVICES, LLC; MISSION RESIDENTIAL, LLC; MISSION RESIDENTIAL HOLDINGS, LLC; MISSION BARTON CREEK LEASECO, LLC; MISSION BATTLEGROUND PARK LEASECO, LLC; MISSION BRENTWOOD LEASECO, LLC; MISSION BRILEY PARKWAY LEASECO, LLC; MISSION CAPITAL CROSSING LEASECO, LLC; MISSION MAYFIELD DOWNS LEASECO, LLC; MISSION PRESTON WOOD LEASECO, LLC; MISSION TANGLEWOOD LEASECO, LLC; CHRISTOPHER C. FINLAY; MISSION PRESTON WOOD, DST; MISSION BATTLEGROUND PARK, DST; MISSION BRILEY PARKWAY, DST; MISSION BRENTWOOD, DST; MISSION CAPITAL CROSSING, DST; MISSION MAYFIELD DOWNS, DST; MISSION BARTON CREEK, DST; AND MISSION TANGLEWOOD, DST.

          By Counsel

/s/ Travis A. Sabalewski
Travis A. Sabalewski (VSB No. 47368)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com

Alexander Y. Thomas (VSB No. 36170)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
athomas@reedsmith.com

William G. Tishkoff, Esq.
Tishkoff & Associates PLLC
407 N. Main Street
Ann Arbor MI 48104
Telephone: (734) 663-4077
Facsimile: (734) 665-1613
will@tishlaw.com

*Admitted Pro Hac Vice*

- 4 -

Attorneys for Defendants Mission Trust Services, LLC; Mission Residential, LLC; Mission Residential Holdings, LLC; Mission Barton Creek Leaseco, LLC; Mission Battleground Park Leaseco, LLC; Mission Brentwood Leaseco, LLC; Mission Briley Parkway Leaseco, LLC; Mission Capital Crossing Leaseco, LLC; Mission Mayfield Downs Leaseco, LLC; Mission Preston Wood Leaseco, LLC; Mission Tanglewood Leaseco, LLC; Christopher C. Finlay; Mission Preston Wood, DST; Mission Battleground Park, DST; Mission Briley Parkway, DST; Mission Brentwood, DST; Mission Capital Crossing, DST; Mission Mayfield Downs, DST; Mission Barton Creek, DST; and Mission Tanglewood, DST.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2010, a true and correct copy of the foregoing was served through CM/ECF on the following:

>Matthew B. Kirsner, Esq. (VSB # 41615)
>Jennifer E. Lattimore, Esq. (VSB # 71188)
>ECKERT SEAMANS CHERIN & MELLOTT, LLC
>707 East Main Street, Suite 1450
>Richmond, Virginia 23219
>Telephone (804) 788-7740
>Fax (804) 698-2950
>mkirsner@eckertseamans.com
>jlattimore@eckertseamans.com
>
>Thomas C. Dame, Esq. (MD Fed. Bar No. 08352)
>Paul S. Caiola, Esq. (MD Fed. Bar No. 23940)
>David G. Sommer, Esq. (MD Fed. Bar No. 27581)
>Hillary H. Arnaoutakis, Esq. (MD Fed. Bar No. 28808)
>GALLAGHER EVELIDS & JONES LLP
>218 North Charles Street, Suite 400
>Baltimore, Maryland 21201
>Telephone (410) 727-7702
>Fax (410) 468-2786
>tdame@gejlaw.com
>pcaiola@gejlaw.com
>dsommer@gejlaw.com
>harnaoutakis@gejlaw.com
>
>           Counsel for Plaintiffs
>
>Daniel M. LeBey, Esq.
>Eric Fieler, Esq.
>Hunton & Williams
>Riverfront Plaza, East Tower
>951 E. Byrd Street
>Richmond VA 23219
>Telephone: (804) 788-7341
>Facsimile: (804) 788-8218
>dlebey@hunton.com
>efieler@hunton.com
>
>           Counsel for Grubb & Ellis Apartment REIT Holdings, L.P.

/s/ Travis A. Sabalewski
Travis A. Sabalewski (VSB No. 47368)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
tsabalewski@reedsmith.com

Alexander Y. Thomas (VSB No. 36170)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
athomas@reedsmith.com

William G. Tishkoff, Esq.
Tishkoff & Associates PLLC
407 N. Main Street
Ann Arbor MI 48104
Telephone: (734) 663-4077
Facsimile: (734) 665-1613
will@tishlaw.com

*Application for Pro Hac Vice*
*Admission pending*

Attorneys for Defendants Mission Trust Services, LLC; Mission Residential, LLC; Mission Residential Holdings, LLC; Mission Barton Creek Leaseco, LLC; Mission Battleground Park Leaseco, LLC; Mission Brentwood Leaseco, LLC; Mission Briley Parkway Leaseco, LLC; Mission Capital Crossing Leaseco, LLC; Mission Mayfield Downs Leaseco, LLC; Mission Preston Wood Leaseco, LLC; Mission Tanglewood Leaseco, LLC; Christopher C. Finlay; Mission Preston Wood, DST; Mission Battleground Park, DST; Mission Briley Parkway, DST; Mission Brentwood, DST; Mission Capital Crossing, DST; Mission Mayfield Downs, DST; Mission Barton Creek, DST; and Mission Tanglewood, DST.